Report Date:  December 30, 2019

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason D. Talbott | Case Number: 0980 2:11CR00165-RMP-1 |
| Address of Offender: | Spokane, Washington 99217 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: December 4, 2012

Original Offense:     Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 60 months<br>TSR - Life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: January 13, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: Life |

## PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17:** You shall live at an approved residence, and shall not change your living situation without advance approval of the supervising officer.<br><br>**Supporting Evidence**: On December 30, 2019, Mr. Talbott was in direct violation of special condition number 17 by changing his living situation without the advanced approval of the supervising officer.<br><br>On September 13, 2017, Mr. Talbott's conditions of supervision were explained to him, and he was given a copy of his judgment. He signed his judgment indicating he fully understood his Court ordered conditions.<br><br>On December 30, 2019, a friend of Mr. Talbott's reported that he spent the majority of his time at her residence, and that Mr. Talbott would only sleep at his approved residence for a couple of hours after he got off work. He would then get up and stay at her residence until he needed to return to work.<br><br>The friend reported that Mr. Talbott had his own bedroom at the residence, and that he would also eat his meals there.  In addition, he received his mail at the unapproved residence and kept his clothes and a computer there. The change in living situation occurred 6 months prior.  Mr. Talbott did not informed this officer  he was staying at another residence for the majority of his time. |

| | | |
|---|---|---|
| 2 | | **Special Condition #25:** You must not possess or use any computer with access to any on-line computer service without the prior approval of the supervising officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network. You shall not have access to a modem during your term of supervision without the prior approval of the supervising officer. |

        **Supporting Evidence**: On December 30, 2019, Mr. Talbott was in direct violation of special condition 25 by possessing a computer with on-line capabilities without the prior approval of the supervising officer.

        On September 13, 2017, Mr. Talbott's conditions of supervision were explained to him, and he was given a copy of his judgment. He signed his judgment indicating he fully understood his Court ordered conditions.

        On December 30, 2019, a friend of Mr. Talbott's reported that he had been in possession of a computer at her residence. She stated he had owned this computer for approximately 6 months and reported to the friend that he was allowed to have it. Mr. Talbott did not disclose to this officer that he had a computer set up at this friend's residence.

| | | |
|---|---|---|
| 3 | | **Special Condition #16:** You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You shall not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, and credit cards. |

        **Supporting Evidence**: On December 30, 2019, Mr. Talbott was in direct violation of special condition number 16 by being in possession of computer and hard drive that had videos and multiple photographs that depicted images of sexual intercourse located on it.

        On September 13, 2017, Mr. Talbott's conditions of supervision were explained to him, and he was given a copy of his judgment. He signed his judgment indicating he fully understood his Court ordered conditions.

        On December 30, 2019, a friend of Mr. Talbott's contacted the undersigned officer. She stated that Mr. Talbott had been staying at her residence for the past 6 months and had been using a computer he had purchased. She indicated she noticed a external hard drive attached to the computer that Mr. Talbott purchased.

        She brought the external hard drive into the U.S. Probation Office where the undersigned officer, along with two agents with the Federal Bureau of Investigation (FBI), were able to view a couple of pictures located on the external hard drive. The FBI agents both reported that these pictures and videos were consistent with child pornography and most were photographs or videos depicting sexually explicit conduct involving children.

Prob12C
**Re: Talbott, Jason D.**
**December 30, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/30/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/30/2019
Date